JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. SA CV 15-02106-DOC (KESx) |
| Plaintiff, | ) |
| | ) |
| vs. | )       JUDGMENT |
| | ) |
| $1,250.88 FROM BANK OF AMERICA ACCOUNT NO.'8613, $903.29 FROM BANK OF AMERICA ACCOUNT NO.'7647, $75,907.11 FROM TD AMERITRADE ACCOUNT NO.'5388, AND $8,955.34 FROM CITIBANK ACCOUNT NO.'9473, | ) |
| Defendants. | ) |

Consistent with the separately-filed Order, IT IS ORDERED, ADJUDGED AND DECREED that all rights, title, and interest of known potential claimants Dale W. Talbert, Mark R. Weinberg, and Fred Vogel, and all unknown potential claimants in and to the defendants are condemned and forfeited to the United States of America.

DATED: May 17, 2016

_David O. Carter_
_____
David O. Carter
UNITED STATES DISTRICT JUDGE